UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

ALEXANDRA FLEMING, LINDA
SHISHLER, MATTHEW PEGOUSKIE, and
VICKE PEGOUSKIE,

           Plaintiffs,

v.

CENTRAL HURON AMBULANCE
SERVICE ASSOCIATION,

           Defendant.

Case No. 21-cv-11058-PDB-PTM
HON: Paul D. Borman

| Eric Stempien (P58703) | Nancy Vayda Dembinski (P54144) |
|---|---|
| Attorney for Plaintiffs | David B. Landry (P32055) |
| STEMPIEN LAW, PLLC | Attorneys for Defendant |
| 38701 Seven Mile Road, Ste. 130 | LANDRY, MAZZEO & DEMBINSKI, P.C. |
| Livonia, MI 48152 | 37000 Grand River Ave, Ste 200 |
| Phone: (734)744-7002 | Farmington Hills, MI 48335 |
| Fax: (248) 671-5300 | Phone: (248) 476-6900 |
| E-mail: eric@stempien.com | Fax: (248) 476-6564 |
| | E-mail: ndembinski@lmdlaw.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on this Stipulated Order of counsel for the parties, following Court-ordered facilitation in this matter, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that, in accordance with the terms of the Releases executed in this matter, the Plaintiffs' claims against the Defendant be dismissed with prejudice and without costs or attorney fees to any party.

This is a final order and closes the case.

**IT IS SO ORDERED.**

Dated:  November 7, 2022        s/Paul D. Borman
                                HON: Paul D. Borman
                                U.S. District Court Judge


Stipulated as to form and content for entry by:

*/s/ Eric Stempien (w/consent 11-4-22)*
Eric Stempien (P58703)
Attorney for Plaintiffs

*/s/ Nancy Vayda Dembinski*
Nancy Vayda Dembinski (P54144)
Attorney for Defendant